# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-798

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** modern oil painting of elephant

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-793

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

## Title _____

**Title of Work:** Marble Swirl

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant _____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification _____

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-794

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** Magical Tree of Life

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-907

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

---

## Title

        **Title of Work:**  Indian Elephant

## Completion/Publication

        **Year of Completion:**  2021
    **Date of 1st Publication:**  April 19, 2021
  **Nation of 1ˢᵗ Publication:**  United States

## Author

-         **Author:**  Zhenkun Wu
   **Author Created:**  2-D artwork
        **Citizen of:**  China

## Copyright Claimant

   **Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

        **Name:**  Zhenkun Wu
        **Date:**  June 16, 2021

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-905**

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

---

### Title

**Title of Work:**  Indian Elephant

### Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  April 19, 2021
**Nation of 1st Publication:**  United States

### Author

- **Author:**  Zhenkun Wu
  **Author Created:**  2-D artwork
  **Citizen of:**  China

### Copyright Claimant

**Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

### Certification

**Name:**  Zhenkun Wu
**Date:**  June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-258-799

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** Wizard Skull

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
**Author Created:** 2-D artwork
**Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-800

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** white flower

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-916

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

## Title

**Title of Work:** We Are The Granddaughters Of The Witches You Couldn'T Burn

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-802

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Watercolor white cow

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-803

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Watercolor |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zhenkun Wu |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zhenkun Wu |
| | No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China |

## Certification

| | |
|---|---|
| **Name:** | Zhenkun Wu |
| **Date:** | June 17, 2021 |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-804**

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

## Title

**Title of Work:** watercolor tree

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-258-805

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** Tropical

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-806

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Tribal Aztec Style Boho Arrow

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-807

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** tree heart butterfly

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-808

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
 

**Title of Work:** tie-dyed

## Completion/Publication
 

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
 

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
 

**Name:** Zhenkun Wu
**Date:** June 17, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-782

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Sail Boat Waves and Octopus

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-783

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

    **Title of Work:** Psychedelic Arabesque

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** April 19, 2021
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Zhenkun Wu
    **Author Created:** 2-D artwork
    **Citizen of:** China

## Copyright Claimant

    **Copyright Claimant:** Zhenkun Wu
    No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

    **Name:** Zhenkun Wu
    **Date:** June 16, 2021



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-784

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021



## Title

**Title of Work:**  poppy

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  April 19, 2021
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Zhenkun Wu
  **Author Created:**  2-D artwork
  **Citizen of:**  China

## Copyright Claimant

**Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:**  Zhenkun Wu
**Date:**  June 16, 2021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-785

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Pink Floral

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-788

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Moonlit Garden

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-697

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Cute Novelty Funny Galaxy Space Cat

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-699

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** dance of the dragon flies

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
**Author Created:** 2-D artwork
**Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 15, 2021

---



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-257-550**

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 07, 2021

---

## Title

**Title of Work:** Foggy Mountains

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** photograph
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-701

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | daisies flowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zhenkun Wu |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zhenkun Wu |
| | No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China |

## Certification

| | |
|---|---|
| **Name:** | Zhenkun Wu |
| **Date:** | June 15, 2021 |

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-735

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Electric Fox

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-713

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

           **Title of Work:**  Druid Tree of Life

## Completion/Publication

    **Year of Completion:**  2020
  **Date of 1st Publication:**  April 19, 2021
  **Nation of 1st Publication:**  United States

## Author

       •     **Author:**  Zhenkun Wu
    **Author Created:**  2-D artwork
        **Citizen of:**  China

## Copyright Claimant

  **Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

         **Name:**  Zhenkun Wu
          **Date:**  June 15, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-258-915

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021



---

## Title

**Title of Work:**  Picket Fence Party

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  April 19, 2021
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Zhenkun Wu
  **Author Created:**  2-D artwork
  **Citizen of:**  China

## Copyright Claimant

**Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:**  Zhenkun Wu
**Date:**  June 16, 2021

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-786

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | ocean theme flower |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zhenkun Wu |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zhenkun Wu |
| | No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China |

## Certification

| | |
|---|---|
| **Name:** | Zhenkun Wu |
| **Date:** | June 16, 2021 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-787

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Mountain Tree

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-789

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:**  Monterey Bay Whales

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:**  Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-790

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

### Title

**Title of Work:** Monterey Bay Seahorse

### Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

### Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

### Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

### Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-258-791**

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

## Title
_____

**Title of Work:** Monterey Bay sea turtle

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-792

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Monterey Bay Octopus

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---