**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Zhenkun Wu | ) | Case No.: 23-cv-04797 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. Steven C. Seeger |
| | ) | |
| The Partnerships and Unincorporated | ) | Magistrate: Hon. Jeffrey Cole |
| Associations Identified in | ) | |
| Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against all defendants and requests termination of this case.

Dated:  September 7, 2023

Respectfully submitted,

By:      /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com